## Orr v. Good's Executor.

(Decided October 7, 1913).

### Appeal from Fayette Circuit Court.

Deeds.—The mere mention of the name of a person not a party to the deed in the body of it will not invest such person with any interset in the property conveyed.

J. T. FARMER for appellant.

W. C. G. HOBBS for appellee.

OPINION OF THE COURT BY JUDGE CARROLL—Affirming.

This case may be disposed of in a few words. In 1894 Cox and his wife conveyed to D. B. Good a lot in Lexington "in consideration of an exchange of property this day made, and the further consideration that D. B. Good and Margaret A. Good, party of the second part, binds themselves to pay off two thousand dollars of a mortgage of twenty-five hundred dollars held against the property." The conveyance was made directly to D. B. Good, and the only mention of or reference directly or indirectly to Margaret A. Good is in the clause quoted.

The only question is, did Margaret A. Good, by virtue of this mention of her name, take any interest in the property of any kind or character? It is very evident that she did not, and as the lower court so ruled, the judgment is affirmed.